UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

In re:

Edward K. Abbott

Case No. 18-40062-MLO

Chapter 13

## WITHDRAW OF
## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Dilks & Knopik, LLC, did previously file an Application for Payment from Unclaimed Funds which appears at Docket #112.

We respectfully withdraw our Application.

Respectfully submitted this May 12, 2020.

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216
(425) 836-5728
Tax ID #: 74-3049851

Sworn and subscribed to, before me

this 12th day of May, 2020

Matthew Zettley, Notary Public
for State of Washington, County of King
Commission Expires: February 19, 2022

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022