UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION ~ at DETROIT

In re: Edward K. Abbott

Chapter 13
Case No. 18-40062-mlo
Hon. Maria L. Oxholm

Debtor.
_____/

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to Edward K. Abbott, the sum of Three Thousand Seven Hundred Eighty dollars ($3,780.00), of unclaimed funds held in the U.S. Treasury.

**Signed on June 3, 2020**

/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**