Form ntcvco

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **18−40062−mlo**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Edward K. Abbott
   502A Vine Street
   Saint Clair, MI 48079

Social Security No.:
   xxx−xx−2067

Employer's Tax I.D. No.:

### Notice Of Order Vacating Order of the Court to Strike

The **Order of the Court to Strike** dated **July 22, 2020** was entered in error and has been vacated.

Dated: 7/22/20

                BY THE COURT

                Katherine B. Gullo , Clerk of Court
                UNITED STATES BANKRUPTCY COURT